# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

BRAYAN M.O.                                          Case No. 26-CV-517 (NEB/JFD)

        Petitioner,

v.                                                                    ORDER

PAMELA BONDI, Attorney General,
KRISTI NOEM, Secretary, U.S.
Department of Homeland Security;
TODD M. LYONS, Acting Director of
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Acting Director,
St. Paul Field Office Immigration and
Customs Enforcement; and JOEL BROTT,
Sheriff of Sherburne County,

        Respondents.

---

IT IS HEREBY ORDERED THAT Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with his counsel while the Court is considering his petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over his petition. If Petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return Petitioner to Minnesota.

Dated: January 21, 2026                    BY THE COURT:
Time: 3:26 p.m.                             s/Nancy E. Brasel
                                           Nancy E. Brasel
                                           United States District Judge