**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Brayan Manchame Ortiz

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-00517-NEB-JFD

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joel Brott

Respondents.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

   b. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to his release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return and release Petitioner in Minnesota;

   c. ORDERS that Respondents release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after

entry of this Order;

d. ORDERS that Respondents release Petitioner in Minnesota with all of his personal effects;

e. ENJOINS Respondents from implementing any condition of release, including ICE's "Alternatives to Detention" measures, which include ankle monitors, body-worn GPS, telephonic tracking, or use of the SmartLINK Mobile Application without seeking further order from this Court; and

f. ORDERS that, within **two days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 1/25/2026 KATE M. FOGARTY, CLERK